UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| BRANDON CALLIER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **JUDGMENT IN A CIVIL CASE** |
| ) | **CASE NO. 5:23-CV-454-D** |
| AQUARION ASSET MANAGEMENT ) | |
| LLC and VERONICA NEWMAN, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the plaintiff has not provided proof of proper service as directed by the order at [D.E. 10] entered March 5, 2024. Therefore, this action is dismissed without prejudice.

This Judgment filed and entered on April 5, 2024, and copies to:
Brandon Callier   (via US Mail to 4406 Rose Meadow Dr., Hope Mills, NC 28348)

April 5, 2024                                           Peter A. Moore, Jr.
                                                        Clerk of Court


                                                By: /s/ Stephanie Mann
                                                    Deputy Clerk